2-751167
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                Plaintiff,

   - against -

ABDEEN MARBLE, INC., and
NATURAL STONE TRADING, INC.,

                Defendants.
------------------------------------------------X

JUDGE DANIELS

07 CIV 6278

CIVIL COMPLAINT
IN ADMIRALTY



      Plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendants ABDEEN MARBLE, INC. and NATURAL STONE TRADING, INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

      1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 24 of the Bill of Lading.

      2. At all times hereinafter mentioned, plaintiff ZIM INTEGRATED SHIPPING SERVICES, INC. was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 5801 Lake Wright Drive, Norfolk, VA 23502.

      3. Upon information and belief and at all times hereinafter mentioned, defendants had and now have the legal status and place of business as set forth in Schedule A.

      4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendants pursuant to plaintiff's public tariff.

5. Thereafter, the said goods were transported to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

7. Defendants have failed and refused and continue to fail and to refuse to remit the $4,487.00 due, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $4,487.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendants citing them to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated:  New York, New York
        July 9, 2007

        LAW OFFICES OF
        ALBERT J. AVALLONE & ASSOCIATES

By _____
    Albert J. Avallone - AA1679
    Attorneys for Plaintiff
    ZIM AMERICAN INTEGRATED
     SHIPPING SERVICES, INC.
    551 Fifth Avenue, Suite 1625
    New York, NY 10176
    (212) 696-1760

I. <u>Defendant's status & address:</u>

    A. Upon information and belief and at all times hereinafter mentioned, defendant ABDEEN MARBLE, INC. was and still is a corporation organized and existing under the laws of the State of New York, with offices and a place of business at 4 Commerce Drive, Carmel, NY 10512.

    B. Upon information and belief and at all times hereinafter mentioned, defendant NATURAL STONE TRADING, INC. was and still is a corporation organized and existing under the laws of the State of New York, with offices and a place of business at 33 Stagg St., Brooklyn, NY 11206.

II. <u>Particulars:</u>

    1. Bill of Lading No. SSPHPSD8890, dated August 3, 2006, from Port Said to New York on the Vessel NASIA POLARIS, two (2) twenty-foot containers at the applicable tariff charge of $4,487.00 (Exhibit A). Defendant NATURL STONE TRADING, INC. check no. 4802 of August 31, 2006, issued to obtain release of the cargo, was dishonored by the bank due to Insufficient Funds (Exhibit B).

Amount Paid: $0                        Amount Due: $4,487.00

III. <u>Total Amount Due: $4,487.00</u>

**LADING** ZIM

SSPHPSD8890

BDEEN CO. FOR MARBLE AND GRANITE
HALED ABDEEN , TORA EL MAADI SHAK EL
OBAN
AIRO , EGYPT TEL:202-7541093-7541187
AX:202-7541032

EXPORT REFERENCES

CONSIGNEE (NAME & ADDRESS)
BDEEN MARBLE INC
COMMERCE DR L.CARMEL, NY, 10512 U.S.A.
EL:0013368843399
OBIL:0019145887693

FORWARDING AGENT F.M.C. No.

POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY)

(IF NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
NOTIFY (NAME & ADDRESS)
BDEEN MARBLE INC
COMMERCE DR L.CARMEL, NY, 10512 U.S.A.
EL:0013368843399 MOBIL:0019145887693

REMARKS / EXPORT OR OTHER INSTRUCTIONS

* FOR DEFINITION SEE CLAUSE 1 OVERLEAF *

INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS * (IF CONTRACTED FOR)

LOADING VESSEL *       VOY.   PORT OF LOADING *
NASIA POLARIS         626/W   PORT SAID

PORT OF DESTINATION *  FINAL DESTINATION *       FURTHER ROUTING (AT MERCHANTS EXPENSE, RISK AND RESPONSIBILITY)
NEW YORK              (IF CONTRACTED FOR)

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS./CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| UZIU290-20'-SEAL#181949 25 BOX | SEE ATTACHED FOR DESCRIPTION  UESU2129398-20'-SEAL#181925 24 BOX | | |

**NON-NEGOTIABLE**

**EXHIBIT "A"**

| DETAILS | | RATE | TOTAL | | |
|---|---|---|---|---|---|
| | | PER | AMOUNT | PREPAID | COLLECT |
| FREIGHT COLLECT ON BOARD : 08/03/2006 | BUNKER/FUEL SECURITY MANIF INTERNATIONAL FREIGHT AD VALOREM FREIGHT | | | DL DL DL DL | 650.00 25.00 12.00 3800.00 4487.00 |

MERCHANT'S DECLARED VALUE OF GOODS:
If Merchant enters a value, Carrier's "package" limitation of liability shall not apply and ad valorem freight will be charged (See Clause 23)

FREIGHT PAYABLE AT       No. OF ORIGINAL B/L ISSUED
DESTINATION              3

PLACE AND DATE OF ISSUE

As Agents for Zim Integrated Shipping Services Ltd.
As Carrier

NON NEGOTIABLE 4151



EXHIBIT "B"