JUDGE DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

ZIM AMERICAN INTEGRATED SHIPPING
SERVICES, INC.,

v.

ABDEEN MARBLE, INC., and
NATURAL STONE TRADING, INC.,

----------------------------------------x

07 CIV 6278

CASE NO.

RECEIVED
JUL 09 2007
U.S.D.C. S.D.N.Y.
CASHIERS

PURSUANT TO RULE 7.1 [FORMERLY LOCAL GENERAL RULE 9] OF THE LOCAL RULES OF THE US DISTRICT COURT FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR __Zim American Integrated Shipping Services, Inc.__ (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD.

Associated Marine Charterers, Inc.
Zim Savannah Terminals, Inc.

DATE: 7-9-07

SIGNATURE OF ATTORNEY
Albert J. Avallone - AA1679

FORM SDNY-9
WEB 4/99