# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT/ SOUHERN DISTRICT OF NEW YORK

No. 07 CIV 6278

ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC.,

Plaintiff,

-against-

ABDEEN MARBLE, INC., ET ANO,

Defendants.

State Of New York, County of New York SS:

**ROBIN RAMSON**

Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on the 13TH day of JULY 2007, At: 11:05 AM

At: 343 STAGG STREET, BROOKLYN, NEW YORK 11206

Deponent serve the Annexed: **SUMMONS IN A CIVIL CASE AND CIVIL COMPLAINT IN ADMIRALTY**

Upon: **NATURAL STONE TRADING, INC.**

**PERSONAL SERVICE ON A CORPORATION**

A corporation, by delivering thereat a true copy to **YOSSI EISENBERG (MANAGING AGENT)** personally; deponent knew the said individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **WHITE** Hair: **BROWN** App. Age: 40 App. Ht: 5'7" App. Wt.140
Other identifying features: **YAMULKA, GLASSES**

Sworn to before me this
17TH day of JULY, 2007

ROBIN RAMSON 956-346

JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2008