# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT/ SOUHERN DISTRICT OF NEW YORK

No. 07 CIV 6278

ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC.,
                  Plaintiff,

-against-

ABDEEN MARBLE, INC., ET ANO,
                  Defendants.

State Of New York, County of New York SS:
**MARK SHERATSKY**
Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on the 13TH day of JULY 2007, At: 12:05 PM

At: 4 COMMERCE DRIVE, LAKE CARMEL, NEW YORK 10512

Deponent serve the Annexed: **SUMMONS IN A CIVIL CASE AND CIVIL COMPLAINT IN ADMIRALTY**

Upon: **ABDEEN MARBLE, INC.**

## PERSONAL SERVICE ON A CORPORATION

A corporation, by delivering thereat a true copy to **ADRIAN SAMUELS (MANAGING CLERK)** personally; deponent knew the said individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **WHITE** Hair: **BROWN** App. Age: 28 App. Ht: 5'8" App. Wt. 120
Other identifying features:

Sworn to before me this
17TH day of JULY, 2007

                              **MARK SHERATSKY**

**JOLANTYNA CAGNEY**
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2008