UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

          Plaintiff,

  - against -

ABDEEN MARBLE, INC., and
NATURAL STONE TRADING, INC.,

          Defendants.
------------------------------------------------------------X

07 Civ. 6278 (DANIELS)

**AFFIDAVIT**

STATE OF VIRGINIA    )
                          ) ss:
INDEPENDENT CITY  )

        ADRIENNE JAMES, being duly sworn, deposes and says:

        1. I am the Manager of Credit and Collections for ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC., the plaintiff in the referenced matter. As such, I am personally familiar with the facts and circumstances herein, and I make this affidavit in support of ZIM's Motion for Final Judgment by Default against defendants ABDEEN MARBLE, INC. and NATURAL STONE TRADING, INC.

        2. ZIM's records show that defendants ABDEEN MARBLE, INC. and NATURAL STONE TRADING, INC. were the consignees and receivers of goods carried on plaintiff's Vessels, and are the parties responsible to remit the ocean freight and related charges due as set forth in the Complaint. Such charges are true and accurate pursuant to ZIM's published tariff, are the responsibility of defendants ABDEEN MARBLE, INC. and NATURAL STONE TRADING, INC.

WHEREFORE, plaintiff prays for the entry of judgment by default against defendants ABDEEN MARBLE, INC. and NATURAL STONE TRADING, INC.

Dated: Norfolk, Virginia
August 6, 2007

_____
Adrienne James

Sworn to before me this
21st day of August, 2007

_____
Notary Public
My commission expires 1-31-10
# 191479

2-751167
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ZIM AMERICAN INTEGRATED                  07 CIV. 6278 (DANIELS)
SHIPPING SERVICES, INC.,

                     Plaintiff,            AFFIDAVIT FOR
      - against -                                JUDGMENT BY
                                                              DEFAULT

ABDEEN MARBLE, INC., and
NATURAL STONE TRADING, INC.,

                     Defendants.
-------------------------------------------------------X

STATE OF NEW YORK     )
                               ) SS.:
COUNTY OF NEW YORK  )

        ALBERT J. AVALLONE, being duly sworn, deposes and says:

        1. I am a member of the Bar of this Court and am a member of the firm of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff in the above entitled action, and I am familiar with all the facts and circumstances in this action.

        2. I make this affidavit in support of plaintiff's application for the entry of a default judgment against defendants ABDEEN MARBLE, INC., and NATURAL STONE TRADING, INC.

        3. This is an action to recover unpaid ocean freight owed by defendant to plaintiff for the transportation of certain goods of the defendants by the plaintiff.

        4. Jurisdiction of the subject matter of this action is based on maritime jurisdiction.

        5. This action was commenced by the filing of a Summons and Complaint. A copy of the Summons and Complaint was served on defendant ABDEEN MARBLE, INC. on July 13, 2007 by personal service on Adrian Samuels, Managing Clerk, and on defendant NATURAL STONE TRADING, INC. by personal service on Yossi Eisenberg, Managing Agent, and proofs of service

was filed. The defendant has not answered the Complaint and the time for the defendant to answer the Complaint has expired.

6. This action seeks judgment for the liquidated amount of $4,487.00, plus interest at 6% from August 3, 2006, as shown by the annexed Statement, which is justly due and owing, and no part of which has been paid except as therein set forth.

7. The disbursements sought to be taxed have been made in this action or will necessarily be made or incurred herein.

WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendants.

Dated: New York, New York
August 24, 2007

_____
ALBERT J. AVALLONE

Sworn to before me this
24th day of August, 2007

_____
Notary Public

DOROTHY C. MERITE
Notary Public, State of New York
No. 31-4981987
Qualified in New York County
My Commission Expires 2/12/10

2-751169

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                        Plaintiff,                  07 CIV. 6278 (DANIELS)

         - against -

ABDEEN MARBLE, INC., and
NATURAL STONE TRADING, INC.,

                        Defendants.
------------------------------------------------------------X

STATE OF NEW YORK     )
                                ) SS.:
COUNTY OF NEW YORK )

        ALBERT J. AVALLONE, being duly sworn, deposes and says:

        I am a member of the Bar of the Court and am a member of the firm of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff. As such, I am familiar with the facts and circumstances in the above entitled action.

        Jurisdiction of plaintiff's claim is based upon maritime jurisdiction.

        In my opinion, this Court has jurisdiction over the persons and subject matter of this action.

Dated: New York, New York
           August 24, 2007

                                                        ALBERT J. AVALLONE

Sworn to before me this
24th day of August, 2007

_____
    Notary Public

            DOROTHY C. MERITE
       Notary Public, State of New York
              No. 31-4981997
        Qualified in New York County
      My Commission Expires 2/12/10