2-751167

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
ZIM AMERICAN INTEGRATED                         07 CIV. 6278 (DANIELS)
SHIPPING SERVICES, INC.,

               Plaintiff,                  **STATEMENT**

   - against -

ABDEEN MARBLE, INC., and
NATURAL STONE TRADING, INC.,

              Defendants.
--------------------------------------------------------------X

Principal Amount Sued For:

1. On the First Cause of Action ................................ $4,487.00
   Interest at 6% from August 6, 2006
   through August 24, 2007 ..................................... $284.71

Disbursements:

1. Clerk's Fee ............ $350.00

Total (as of August 24, 2007) ................................... $5,121.71

Dated: New York, New York
        August 24, 2007

                              LAW OFFICES OF
                              ALBERT J. AVALLONE & ASSOCIATES

                 By _____
                     Albert J. Avallone - AA1679
                     Attorneys for Plaintiff
                     ZIM AMERICAN INTEGRATED
                     SHIPPING SERVICES, INC.
                     551 Fifth Avenue, Suite 1701
                     New York, NY 10176
                     (212) 696-1760