2-751167
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                    Plaintiff,

      - against -

ABDEEN MARBLE, INC., and
NATURAL STONE TRADING, INC.,

                  Defendants.
------------------------------------------------------------X

07 CIV. 6278 (DANIELS)

CLERK CERTIFICATE

      I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicate that the Summons and Complaint herein were filed on July 9, 2007, and that defendant ABDEEN MARBLE, INC. was served with copies of the Summons and Complaint on July 13, 2007 by personal service on Adrian Samuels, Managing Clrk, and on defendant NATURAL STONE TRADING, INC. by personal service on Yossi Eisenberg, Managing Agent. I further certify that the docket entries indicate that the defendants have not filed an answer to the Complaint herein, and that the time to answer the Complaint has expired. The default of the defendants is hereby noted.

Dated: New York, New York
       August 7 7, 2007

*J. Michael McMahon*

_____
                    Clerk