2-751167
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

               Plaintiff,

- against -

ABDEEN MARBLE, INC., and
NATURAL STONE TRADING, INC.,

               Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 6 2007

07 CIV. 6278 (DANIELS)

DEFAULT JUDGMENT

      This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant ABDEEN MARBLE, INC. on July 13, 2007 by personal service on Adrian Samuels, Managing Clerk, and on defendant NATURAL STONE TRADING, INC. on July 13, 2007 by personal service on Yossi Eisenberg, Manageing Agent, and proofs of service having been filed, and the defendants not having answered the Complaint, and the time for answering the Complaint having expired,

      Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

      ORDERED, ADJUDGED AND DECREED that the plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC. have judgment against defendants ABDEEN MARBLE, INC. and NATURAL STONE TRADING, INC. in the liquidated amount of $4,487.00, with interest at 6% from August 3, 2006 amounting to $284.71, plus the costs and disbursements of this action in the amount of $350.00, amounting in all to $5,121.71.

Dated: New York, New York
       August    , 2007

SEP 0 6 2007

_____
U.S.D.J.
HON. GEORGE B. DANIELS

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____